# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ELENAR L. GARCIA,

                      Petitioner,

v.

RAYMOND MADDEN, Warden,

                      Respondent.

Case No. SACV 15-1169-GW (LAL)

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 22, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE